UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES ALAN PRZEKLAS | CIVIL ACTION |
| VERSUS | NO. 16-0845 |
| ST. TAMMANY PARISH PRISON, ET AL | SECTION "A" (4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that James Alan Przeklas's § 1983 claims against St. Tammany Parish Prison, Sheriff Rodney J. Strain, Captain Greg Longino, and Captain Terry Cedarholm are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 17th day of January, 2017.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE